**Antonio Joseph CHEVELLA, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49424.**

Missouri Court of Appeals,
Western District.

Sept. 5, 1995.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J., and LOWENSTEIN and HANNA, JJ.

## ORDER

PER CURIAM:

Antonio Chevella appeals his guilty plea to one count each of robbery in the first degree, § 569.020, RSMo 1986, and armed criminal action, § 571.015, RSMo 1986, alleging ineffective assistance of counsel.

Judgment affirmed. Rule 84.16(b).